**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
DAVID M. SEXTON, ESQ.
Nevada Bar No. 14951
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
bondsk@hallevans.com
sextond@hallevans.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KARAN HINTZE, an individual,<br><br>    Plaintiff<br><br>vs.<br><br>AMICA MUTUAL INSURANCE COMPANY; DOES I through X; and ROE CORPORATIONS I through X,<br><br>    Defendant | Case No.: 2:22-cv-01425-CDS-DJA<br><br>**STIPULATION AND ORDER TO DISMISS LITIGATION WITH PREJUDICE** |

Defendant AMICA MUTUAL INSURANCE COMPANY ("Defendant") by and through its attorneys of record, the law firm of Hall & Evans, LLC, and Plaintiff, KARAN HINTZE ("Plaintiff") by and through her attorneys of record, Ladah Law Firm, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate and agree, and request that this Court dismiss this action with prejudice.

///

1                                                          KB/19885-1*

This stipulation is intended to resolve all pending claims in this litigation. The Parties agree that should the Court approve this stipulation and dismiss this action, each side will bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 25th day of April, 2024. | DATED this 25th day of April, 2024. |
| LADAH LAW FIRM | HALL & EVANS, LLC |
| */s/ Anthony L. Ashby* | */s/ Kurt R. Bonds* |
| ANTHONY L. ASHBY, ESQ. | KURT R. BONDS, ESQ. |
| Nevada Bar No. 4911 | Nevada Bar No. 6228 |
| 517 S. Third Street | 1160 North Town Center Drive, Suite 330 |
| Las Vegas, NV 89101 | Las Vegas, Nevada 89144 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## ORDER

The Court having reviewed the Stipulation to Dismiss Litigation with Prejudice, filed pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby ordered that the Stipulation is granted. All remaining claims in this civil action are DISMISSED with prejudice. Each party shall bear its own attorney's fees and costs. The Clerk of Court may close this case.

Dated: April 26, 2024

UNITED STATES DISTRICT JUDGE

KB/19885-1*